# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>J. VANDERPOEL, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00673-DAD-EPG (PC)<br><br>ORDER DIRECTING PRISON TO MAKE PRISONER AVAILABLE FOR MANDATORY CONFERENCE IN CIVIL RIGHTS ACTION |

The Court has set a mandatory telephonic discovery conference has been set for August 14, 2017 at 1:30 p.m. in the above-titled action. Accordingly, the Court ORDERS as follows:

1. Pelican Bay State Prison shall make Plaintiff, David Estrada, for the mandatory telephonic conference at the date indicated above;
2. Defense counsel in this case shall confirm that arrangements have been made for Plaintiff's attendance; and
3. The Clerk is directed to send a copy of this order to the warden and litigation coordinator at Pelican Bay State Prison.

IT IS SO ORDERED.

    Dated: __August 10, 2017__          /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE